JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEREK JACKSON and AMANDA GARCIA, on behalf of themselves and all others similarly situated, and the general public,

*Plaintiff*,

v.

MV TRANSPORTATION, INC., a California stock corporation; MV PUBLIC TRANSPORTATION, INC., a California stock corporation; WESTCATS, a California corporation, and DOES 1 through 50, inclusive,

*Defendants*.

Case No.: 2:26−cv−07842−DSF−E

**ORDER**

United States District Judge Dale S. Fischer

Action Filed: June 09, 2026
Action Removed: July 17, 2026
Trial date: None Set

**ORDER**

Having considered the Joint Stipulation for Dismissal ("Joint Stipulation") and with good cause appearing, the Court approves the Joint Stipulation and it hereby ORDERS:

1. The entire action shall be dismissed without prejudice; and
2. Each party to bear their own fees and costs.

It is so ordered.

Dated: September 14, 2026

Dale S. Fischer
U.S. District Judge